# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **RE NECTAR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **1:25-CV-04833-SEG** |
| **KENNETH WOLFE and WOLFE** | § | |
| **PINTUS PURITAS, LLC,** | § | |
| | § | |
| **DEFENDANTS** | § | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW Plaintiff RE Nectar, Inc., pursuant to Fed. R. Civ. P. Rule 55(a), and files this Motion for Default Judgment against Defendants. Defendants were properly served and did not file an Answer or otherwise respond to the Complaint. In support of its Motion, Plaintiff relies on the Brief in Support and Declarations attached thereto as well as all pleadings and other documents properly filed with the Court.

WHEREFORE, RE Nectar, Inc. respectfully requests that the Court enter default judgment against Defendants in the amount of $884,474.17, plus pre-judgment interest at 7% per annum since November 30, 2024, and reasonable and necessary attorneys' fees and expenses of $48,458.06.

Respectfully submitted this 10th day of February 2026.

1

504979\286353120

2

*/s/Lewis P. Perling*
Lewis P. Perling
Georgia Bar No. 572379
lperling@clarkhill.com
Clark Hill PLC
3630 Peachtree Road N.E.
Suite 700
Atlanta, GA 30326
470.845.0207 (phone)

*Counsel for Plaintiff*

2

504979\286353120

## CERTIFICATE OF FONT AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C, and that I have served a copy of the forgoing document upon all parties of record, by United States mail, postage prepaid, and properly addressed as follows: Kenneth Wolfe, 500 North Central Expressway, Suite 260, Plano, Texas 75074 and Wolfe Pintus Puritas, LLC, Sean M. O'Brien, sobrien@lippes.com, Lippes Mathias, LLP, 50 Fountain Plaza, Suite 1700, Buffalo, NY 14202.

This 10th day of February 2026.

*/s/ Lewis P. Perling*
Lewis P. Perling
Georgia Bar No. 572379
lperling@clarkhill.com
Clark Hill PLC
3630 Peachtree Road N.E.
Suite 700
Atlanta, GA 30326
470.845.0207 (phone)

*Counsel for Plaintiff*

3

504979\286353120