## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **RE NECTAR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **1:25-CV-04833-SEG** |
| **KENNETH WOLFE and WOLFE** | § | |
| **PINTUS PURITAS, LLC,** | § | |
| | § | |
| **DEFENDANTS** | § | |

## DECLARATION OF LEWIS P. PERLING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 1746, Lewis P. Perling, declares under penalty of perjury that the following statements are true and correct:

1.    My name is Lewis P. Perling. I am over the age of 18 and am legally competent to make this declaration.

2.    The facts stated in this declaration are within my personal knowledge and are true and correct. I make this declaration under penalty of perjury.

3.    I am an attorney with Clark Hill PLC. I am licensed to practice law in Georgia. I have been practicing law since 1993. I am licensed to practice law in Georgia and am admitted to the bars of the Georgia Supreme Court, the Georgia Court of Appeals, the United States Court of Appeals for the Eleventh Circuit, and the United States District Court for the Northern District of Georgia. My practice,

1

EXHIBIT B

since 1993, has been concentrated on civil litigation throughout the State of Georgia and United States. Based upon my experience, I am familiar with the charges normally associated with legal services involving preparation and prosecution of this type of case.

4.      Tate Hemingson, who is a member of my firm practicing in Dallas, Texas, and I are the main attorneys for the Plaintiff in this action. Two other attorneys in our firm, Robert Hannen and Alex Lonnett, assisted us with this litigation.

5.      I am submitting this Declaration in support of Plaintiff's Motion for Default Judgment and, specifically, in support of Plaintiff's request for attorneys' fees and costs.

6.      My discounted hourly rate for representation of Plaintiff is $500 and Mr. Hemingson's is $625. Mr. Lonnett's is $510. Mr. Hannen's is $820. These rates are fair, reasonable, and commensurate with or lower than the rates charged by other attorneys with comparable levels of experience for similar cases and are discounted from our standard rate.

7.      As one of the primary attorneys handling this case, I have personal knowledge of the firm's record-keeping systems, including its billing systems and billing records systems. In preparing this Declaration, I reviewed and analyzed the billing records related to this case, leading up to the filing of the Motion for Default

2

EXHIBIT B

Judgment.

8.      I spent a total of 60.6 hours, Mr. Hemingson spent a total of 12.4 hours, Mr. Lonnett spent a total of 12.1 hours, and Mr. Hannen spent a total of 3.5 hours preparing this case up to February 9, 2026. This time was reasonable, customary, and necessary and includes, but is not limited to, analysis of claims, analysis of issues related to Georgia, Ohio, and Federal law, strategic planning, preparing pleadings, and drafting the motion for default judgment.

9.      Plaintiff has been charged a total of $47,541 in fees specifically for the legal work performed in this case up to February 9, 2026.

10.     Plaintiff has also been charged $917.06 in expenses for the filing fee and service.

11.     The fees and costs represent the actual agreed upon billing rate between Clark Hill and Plaintiff for services performed in connection with this action.

I declare under penalty of perjury that the foregoing statements are true and correct on this, the 10th day of February 2026.

By: */s/Lewis P. Perling*
LEWIS P. PERLING
Georgia Bar No. 572379

504979\286389823

3

EXHIBIT B