**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RE NECTAR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:25-CV-04833-SEG** |
| | § | |
| **KENNETH WOLFE and WOLFE** | § | |
| **PINTUS PURITAS, LLC,** | § | |
| | § | |
| **DEFENDANTS** | § | |

**RULE 5.4 CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL**
**DISCLOSURES**

Plaintiff RE Nectar, Inc. through undersigned counsel and pursuant to Local

Rule 5.4 of the Northern District of Georgia, hereby notifies the Court that on June

9, 2026, counsel served Plaintiff's Initial Disclosures by email to Wolfe Pintus

Puritas, LLC, by email to its counsel, Sean M. O'Brien, sobrien@lippes.com,

Lippes Mathias, LLP, 50 Fountain Plaza, Suite 1700, Buffalo, NY 14202.

This 9th day of June 2026.

/s/ *Lewis P. Perling*
Lewis P. Perling
Georgia Bar No. 572379
lperling@clarkhill.com
Clark Hill PLC
3630 Peachtree Road N.E., Suite 700
Atlanta, GA 30326
470.845.0207 (phone)
*Counsel for Plaintiff*

1

504979\288178080