**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RE NECTAR, INC.<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WOLFE and<br>WOLFE PINTUS PURITAS, LLC,<br><br>Defendants. | Case No.: 1:25-cv-04833-SEG |

**DEFENDANT WOLFE PINTUS PURITAS, LLC'S DIVERSITY <u>DISCLOSURE STATEMENT</u>**

Defendant Wolfe Pintus Puritas, LLC, by and through undersigned counsel, in accordance with the Court's June 26, 2026 Order submits the following diversity disclosure statement.

1. Wolfe Pintus Puritas, LLC ("WPP") is an Ohio limited liability company comprised of a collective of investors and a general partnership limited liability company, who retain certain ownership in WPP. Those investors are:

    a. Collective Equity Partners LLC, a Texas limited liability company.

i. Barath Arianayagipuram, a resident of the state of Texas, is a member of Collective Equity Partners LLC.

ii. Aravind Lakkadi, a resident of the state of Texas, is a member of Collective Equity Partners LLC.

iii. Harika Rangari, a resident of the state of Texas, is a member of Collective Equity Partners LLC.

iv. Manju Bandi, a resident of the state of Texas, is a member of Collective Equity Partners LLC.

v. Narasimha Rao Alzapur Venkata, a resident of the state of Texas, is a member of Collective Equity Partners LLC.

vi. Swetha Gorantla, a resident of the state of Texas is a member of Collective Equity Partners LLC.

b. Jeffrey Avery who is a resident of the state of Tennessee.

c. Baxholdings, LLC, a New Jersey limited liability company.

i. Gregory Baxter, a resident of the state of New Jersey, is the sole member of Baxholdings, LLC.

d. Justin & Uvguenia Blagg, residents of the state of Texas.

e. Wayne Brice, a resident of the state of North Carolina.

f. Fernando da Silva Gomes, a resident of the state of Pennsylvania.

g. HX Investments, LLC, a Nebraska limited liability company.

i. Craig Davis, a resident of the state of Nebraska is the sole member of HX Investments, LLC.

h. Louis Duong, a resident of the state of Texas.

i. Maroli LLC, a Texas limited liability company.

i. Nick Eusepi, a resident of the state of Texas, is the sole member of Maroli LLC.

j. Julian Fung, a resident of the state of Texas.

k. Rashmi & Manish Gajjar, residents of the state of California.

l. iPlanGroup Agent for Custodian FBO an Ohio Corporation.

m. LHG Properties, LLC, a Texas limited liability company.

i. Linda Goter, a resident of the state of Texas, is the sole member of LHG Properties, LLC.

n. Haas Murphy and Simpson Capital Ventures LLC, a Texas limited liability company.

i. James Haas, a resident of the state of Texas, is a member of Haas Murphy and Simpson Capital Ventures LLC.

ii. Karen Haas, a resident of the state of Texas is a member of Haas Murphy and Simpson Capital Ventures LLC.

iii. Mary Murphy, a resident of the state of Texas, is a member of Haas Murphy and Simpson Capital Ventures LLC.

o. Joseph Louis, a resident of the state of Texas.

p. Darin Love, a resident of the state of Florida.

q. Michael Mase, a resident of the state of Ohio.

r. Miles Investments, LLC, a Texas limited liability company.

   i. Dustin Miles, a resident of the state of Texas, is the sole member of Miles Investments, LLC.

s. Tuong & Alice Nguyen, residents of the state of Texas.

t. Ryan & Avril Nunes, residents of the state of Texas.

u. Mark & Estelle Panzer, residents of the state of Texas.

v. Ravi Ramachandran, a resident of the state of Texas.

w. Marjorie Hong, a resident of the state of Texas.

x. Maybe Not Today Investments, LLC, a Texas limited liability company.

   i. Joseph Robertsons, a resident of the state of Texas, is the sole member of Maybe Not Today Investments, LLC.

y. Headspread International, LLC, a Florida limited liability company.

   i. Shayne Stokes, a resident of the state of Florida, is the sole member of Headspread International, LLC.

z. Alagar Investments LLC, a Texas limited liability company.

i. Magesh Tarala, a resident of the state of Texas, is the sole member of Alagar Investments LLC.

aa. Janvrin Weekes Demler Trust, a Massachusetts trust.

bb. James Wolfe, a resident of the state of Texas.

cc. MaseWolfe Investments LLC, a Texas limited liability company.

i. Sheila Wolfe, a resident of the state of Texas, is a member of MaseWolfe Investments LLC.

dd. Wolfe RE Mgmt LLC, a Texas limited liability company.

i. Kenny Wolfe, a resident of the state of Texas, is the sole member of Wolfe RE Mgmt LLC.

ee. Sheila Wolfe, a resident of the state of Texas.

ff. Uptime Investments, LLC, a Texas limited liability company.

i. Alex Zetune, a resident of the state of Texas, is the sole member of Uptime Investments, LLC.

2. Buckingham Alchemy LLC, an Ohio limited liability company is the manager company of WPP. Agostino Pintus, a resident of the state of Ohio, is the sole member of Buckingham Alchemy LLC.

Dated: July 10, 2026

**LIPPES MATHIAS LLP**

/s/ Brendan H. Little
Brendan H. Little, Esq.
Georgia Bar No. 887804
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com
*Attorneys for Defendant Wolfe Pintus Puritas, LLC*